# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ABBOTT LABORATORIES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 18-6907 ) ) Judge Charles P. Kocoras |
| BLAYNE FLECK, | ) ) |
| Defendant. | ) ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, October 18, 2018, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel for Plaintiff Abbott Laboratories shall appear before the Honorable Charles P. Kocoras in Courtroom 2325 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and present Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, a copy of which was previously served on you.

Dated: October 15, 2018

Respectfully submitted,

/s/ *Ronald S. Safer*
Ronald S. Safer, ARDC # 6186143
Harnaik Singh Kahlon, ARDC # 6280309
Mariangela M. Seale, ARDC # 6293433
Tal C. Chaiken, ARDC # 6308729
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
Phone: 312-471-8700
Fax: 312-471-8701
Email: rsafer@rshc-law.com
       nkahlon@rshc-law.com
       mseale@rshc-law.com
       tchaiken@rshc-law.com

*Attorneys for Plaintiff Abbott Laboratories*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Motion was served on Defendant Blayne Fleck at the address below via U.S. Mail and Federal Express, overnight delivery:

Blayne Fleck
2325 East Fifth Street
Austin, TX 78702

Dated: October 15, 2018                          */s/ Ronald S. Safer*