# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Abbott Laboratories
                        Plaintiff,

v.
                                         Case No.: 1:18−cv−06907
                                         Honorable Charles P. Kocoras

Blayne Fleck
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 18, 2018:

      MINUTE entry before the Honorable Charles P. Kocoras: Motion hearing held. Abbott Laboratories' motion for temporary restraining order and preliminary injunction [3] is entered and continued for the reasons stated in open court. Motions for Leave to Appear Por Hac Vice [12] and [13] are granted. Status hearing set for 10/30/2018 at 9:30 a.m. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.