# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Abbott Laboratories
                              Plaintiff,

v.                                                 Case No.: 1:18−cv−06907
                                                      Honorable Charles P. Kocoras

Blayne Fleck
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 11, 2018:

      MINUTE entry before the Honorable Charles P. Kocoras: Motion hearing held. Non−party Nevro Corporation's notice emergency motion for a protective order precluding plaintiff Abbott Laboratories from deposing Rami Elghandour [35] is denied. Abbott's expedited motion to compel, de−designate documents and extend the agreed briefing schedule [43] is granted. Abbot Laboratories is permitted to take the deposition of Rami Elghandour limited to two hours. Joint oral motion to seal the courtroom during the preliminary injunction hearing is granted. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.